# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **DONALD SEHR, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | Civil Action No. |
| v. | § § | 2:17-CV-00065-AM-VRG |
| **VAL VERDE HOSPITAL CORPORATION d/b/a VAL VERDE REGIONAL MEDICAL CENTER,** | § § § § § | Jury Demanded |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

COME now Plaintiff Donald Sehr and Defendant Val Verde Hospital Corporation and hereby give notice of the settlement in principle of the above-styled and numbered case. The Parties are working together to formalize a settlement agreement and anticipate filing a stipulation of dismissal with prejudice within 45 days of this filing.

Respectfully submitted,

| | |
|---|---|
| **MORELAND VERRETT, P.C.**<br>700 West Summit Drive<br>Wimberley, Texas 78676<br>Telephone: (512) 782-0567<br>Telecopier: (512) 782-0605<br>www.morelandlaw.com<br><br>By:*/s/ Edmond S. Moreland, Jr.*<br>**EDMOND S. MORELAND, JR.**<br>State Bar No. 24002644<br>edmond@morelandlaw.com<br><br>Daniel A. Verrett<br>Texas State Bar No. 24075220<br>The Commissioners House at Heritage Square<br>2901 Bee Cave Road, Box L<br>Austin, Texas 78746<br>Tel: (512) 782-0567<br>Fax: (512) 782-0605<br>daniel@morelandlaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | **CORNELL SMITH MIERL BRUTOCAO BURTON, LLP**<br>1607 West Avenue<br>Austin, Texas 78701<br>Telephone:  (512) 328-1540<br>Telecopy:    (512) 328-1541<br><br>By: */s/ Scott Brutocao*<br>Scott Brutocao<br>sbrutocao@cornellsmith.com<br>State Bar No. 24025781<br>Andrew J. Broadaway<br>abroadaway@cornellsmith.com<br>State Bar No. 24082332<br><br>**ATTORNEYS FOR DEFENDANT** |