**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **DONALD SEHR, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | **Civil Action No.** |
| **v.** | § § | **2:17-CV-00065-AM-VRG** |
| **VAL VERDE HOSPITAL CORPORATION d/b/a VAL VERDE REGIONAL MEDICAL CENTER,** | § § § § | **Jury Demanded** |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

The parties to this action, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate that all claims in this action are hereby dismissed with prejudice, with all parties to bear their own costs and fees.

Respectfully submitted,

**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberley, Texas 78676
Telephone: (512) 782-0567
Telecopier: (512) 782-0605
www.morelandlaw.com

By:*/s/ Edmond S. Moreland, Jr.*
**EDMOND S. MORELAND, JR.**
State Bar No. 24002644
edmond@morelandlaw.com

Daniel A. Verrett
Texas State Bar No. 24075220
The Commissioners House at Heritage
Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
Tel: (512) 782-0567
Fax: (512) 782-0605
daniel@morelandlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CORNELL SMITH MIERL BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone:  (512) 328-1540
Telecopy:   (512) 328-1541

By: */s/ Scott Brutocao*
Scott Brutocao
sbrutocao@cornellsmith.com
State Bar No. 24025781
Andrew J. Broadaway
abroadaway@cornellsmith.com
State Bar No. 24082332

**ATTORNEYS FOR DEFENDANT**