IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DONALD SEHR, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. DR-17-CV-065-AM/VRG |
| VAL VERDE HOSPITAL CORPORATION d/b/a VAL VERDE REGIONAL MEDICAL CENTER; METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD, LLP; and HCA HEALTH SERVICES OF TEXAS, INC., | § § § § § § § § | |
| Defendants. | § | |

FILED
JUL 24 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ORDER OF DISMISSAL WITH PREJUDICE

On June 27, 2019, the parties filed a joint stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. All parties shall bear their own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 16th day of July, 2019.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE